UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INTERNATIONAL FRUIT GENETICS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P.E.R. ASSET MANAGEMENT TRUST, PIETER EDUARD RETIEF REDELINGHUYS N.O., IN HIS CAPACITY AS TRUSTEE FOR THE TIME BEING OF THE P.E.R. ASSET MANAGEMENT TRUST, AND DEBORAH MARY REDELINGHUYS N.O., IN HER CAPACITY AS TRUSTEE FOR THE TIME BEING OF THE P.E.R. ASSET MANAGEMENT TRUST,<br><br>　　　　Defendants.<br><br>PIETER EDUARD RETIEF REDELINGHUYS N. O., IN HIS CAPACITY AS TRUSTEE FOR THE TIME BEING OF THE P.E.R. ASSET MANAGEMENT TRUST,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>INTERNATIONAL FRUIT GENETICS, LLC, and ROES 1 through 10, inclusive,<br><br>　　　　Counter-Defendants. | CASE 14-cv-05273-ODW (MRW)<br><br>**JUDGMENT AND ORDER OF PERMANENT INJUNCTION AGAINST DEFENDANTS PIETER EDUARD RETIEF REDELINGHUYS N.O., IN HIS CAPACITY AS TRUSTEE FOR THE TIME BEING OF THE P.E.R. ASSET MANAGEMENT TRUST, AND DEBORAH MARY REDELINGHUYS N.O., IN HER CAPACITY AS TRUSTEE FOR THE TIME BEING OF THE P.E.R. ASSET MANAGEMENT TRUST**<br><br>The Honorable Otis D. Wright II |

On December 10, 2015, Plaintiff/Counter-Defendant International Fruit Genetics, LLC ("IFG") filed a Motion for Summary Judgment or Partial Summary Judgment and an order directing Defendants/Counter-Claimant to remove and destroy all IFG proprietary plant material ("Plaintiff's Motion"). On December 10, 2015, Defendants and Counterclaimant Pieter Edward Redelinghuys filed a Motion And Motion For: (1) Summary Judgment Of Plaintiff's First Amended Complaint; and (2) Partial Summary Judgment Of Defendants'/Counterclaimant's Breach Of Contract And Declaratory Relief Causes Of Action ("Defendants' Motion and together with Plaintiff's Motion "Cross-Motions"). On March 21, 2016, at 2:30 p.m. a hearing on the Cross-Motions was held in chambers of the Honorable Otis D. Wright II, of the above-entitled Court. All appearances were noted on the record.

Upon consideration of all evidence set forth in the Cross-Motions, the inferences reasonably drawn therefrom, the allegations of the pleadings, and for all of the reasons set forth in the moving papers, the Court makes the determination that Plaintiff/Counter-Defendant IFG is entitled to judgment as follows:

**IT IS HEREBY ORDERED AND ADJUDGED**, that:

1.  Judgment is entered in favor of Plaintiff International Fruit Genetics, LLC on its First Amended Complaint herein and against Defendants Pieter Eduard Retief Redelinghuys N.O., in his capacity as trustee for the time being of the P.E.R. Asset Management Trust, and Deborah Mary Redelinghuys N.O., in her capacity as trustee for the time being of the P.E.R. Asset Management Trust. Judgment is entered against Defendant Pieter Eduard Retief Redelinghuys N.O., on his Counterclaim and in favor of International Fruit Genetics, LLC. Plaintiff is the prevailing party and shall be entitled to recover its costs and attorneys' fees to the extent permitted by law.

2.  The Court hereby declares: (i) that Defendants violated and breached the IFG Proprietary Variety Testing and Marketing Rights Option Agreement (the

"Testing Agreement"), the IFG Proprietary Variety Planting Rights and Trademark License Agreement (the "Planting Agreement"), and the IFG Proprietary Variety Marketing Rights and Trademark License Agreement (the "Marketing Agreement") (collectively, the "Licensing Agreements"); (ii) that acts of Defendants constituted Events of Default under each of the Licensing Agreements; and, (iii) that IFG validly and properly terminated each of the Testing Agreement, the Planting Agreement and the Marketing Agreement.

3. That IFG is entitled to an Order directing Defendants to return or destroy all IFG plant material within their possession, custody or control.

4. As such, pursuant to Section 11.1 of the Licensing Agreements, Defendants are ordered to immediately:

(a) Cease all use of Organic Material and IFG Confidential Information (including, without limitation, all Trade Secrets, Trademarks, and labels, packages or materials containing any Trademarks) in their possession, custody or control; and

(b) Destroy all Organic Material in Defendants' possession, custody or control in a way which ensures that the proprietary plant material cannot be used for propagation, including cutting off all vines below the graft of any IFG Proprietary Cultivar.

"Organic Material" means all of the Fruit, the Graftwood, the Plants, the Plant Material, the Ovules, the Pollen, the Embryos, and the Seeds produced from IFG Proprietary Varieties as those terms are defined in Exhibit A to the Licensing Agreements.

5. Within twenty (20) days of entry of this judgment, Defendants are directed to file and serve upon Plaintiffs a sworn statement setting forth in detail the manner and form in which they have complied with the terms of this injunction.

6. This Court shall retain jurisdiction of this case to assure compliance

with this Judgment.

7. The injunctive provisions of this Judgment shall be binding upon Defendants, upon any person under their authority or control, and upon any person who receives actual notice of this Judgment by personal service, e-mail, facsimile or otherwise, insofar as he or she is in active concert or participation with Defendants.

**IT IS SO ORDERED.**

July 25, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**